TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section

   P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
   Tel.: 202-532-4135; Fax: 202-305-7000
   theodore.atkinson@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Administrative Procedure Act Case

| | |
|---|---|
| ALICIA AGUILAR CARRILLO, | No. CV 11-0364 DMR |
| Plaintiff, | |
| v. | |
| MARILYN P. WILES, Director, United States Citizenship and Immigration Services, Nebraska Service Center; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; and JANET NAPOLITANO, Secretary, Department of Homeland Security, | **STIPULATION TO ENLARGE TIME IN WHICH DEFENDANTS MUST ANSWER; and ORDER** |
| Defendants. | |

Stipulation to Extend Dates; and Order
CV 11-0364 DMR

1  Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate to the following:

1. Plaintiff filed this action on or about January 25, 2011, and served it by certified mail on the United States Attorneys Office on April 8, 2011.  Defendants' answer was due on or about June 13, 2011.  On or about June 9, 2011, counsel for Defendants contacted counsel for Plaintiff to discuss an extension to allow for the possibility of resolution and settlement of this matter.  On Wednesday, June 15, 2011, Plaintiff consented to a 30-day enlargement.

2. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or answer or otherwise respond to the Complaint, the parties hereby respectfully ask this Court to extend the date by which Defendants must answer the complaint to July 11, 2011.

Date: June 17, 2011                                 Respectfully submitted,

                                                    TONY WEST
                                                    Assistant Attorney General
                                                    Civil Division

                                                    DAVID J. KLINE
                                                    Director
                                                    Office of Immigration Litigation,
                                                    District Court Section

                                                    VICTOR M. LAWRENCE
                                                    Principal Assistant Director

                                                            /s/
                                                    THEODORE W. ATKINSON
                                                    Senior Litigation Counsel

                                                    Attorneys for Defendants

Dated: June 17, 2011                                        /s/
                                                    ELIZABETH RUMSEY
                                                    BINGHAM MCCUTCHEN LLP
                                                    Three Embarcadero Center
                                                    San Francisco, CA  94111-4067
                                                    Tel.: 415-393-2056
                                                    liz.rumsey@bingham.com

                                                    Attorney for Plaintiff

Stipulation to Extend Dates; and Order
CV 11-0364 DMR                                      2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 27, 2011

_____
DONNA M. RYU
United States Magistrate Judge