UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA A. CARRILLO, | No. C-11-00364 DMR |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARILYN P. WILES, | |
| Defendants. | |

The Court is in receipt of the parties' request to continue the Initial Case Management Conference. The parties' request is granted. The Initial Case Management Conference previously scheduled for July 13, 2011 has been CONTINUED to **August 24, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **August 17, 2011.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3.

IT IS SO ORDERED.

Dated: July 11, 2011

DONNA M. RYU
United States Magistrate Judge